**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)**

**1. SEE NOTICE ON REVERSE**     **2. PLEASE TYPE OR PRINT**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Christian, et al., v. James, et al. | W.D.N.Y. | Hon. John L. Sinatra, Jr. |

| | Date the Order or Judgment Appealed from was Entered on the Docket: 01/29/2025 | District Court Docket No.: 1:22-cv-00695-JLS |
|---|---|---|
| | Date the Notice of Appeal was Filed: 02/14/2025 | Is this a Cross Appeal? ☐ Yes ☑ No |

| **Attorney(s) for Appellant(s):** ☑ Plaintiff ☐ Defendant | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: See attachment |
|---|---|

| **Attorney(s) for Appellee(s):** ☐ Plaintiff ☑ Defendant | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: See attachment |
|---|---|

| Has Transcript Been Prepared? Yes | Approx. Number of Transcript Pages: 68 | Number of Exhibits Appended to Transcript: 0 | Has this matter been before this Circuit previously? ☑ Yes ☐ No<br><br>If Yes, provide the following:<br>Case Name: Christian v. Nigrelli<br>2d Cir. Docket No.: 22-2987    Reporter Citation: (i.e., F.3d or Fed. App.) 89 F.4th 271 |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

**PART A: JURISDICTION**

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party    ☐ Diversity<br>☑ Federal question (U.S. not a party)    ☐ Other (specify): _____ | ☐ Final Decision    ☑ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))<br>☐ Interlocutory Decision Appealable As of Right    ☐ Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C (Rev. October 2016)

**PART B: DISTRICT COURT DISPOSITION** (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | 3. Relief |
|---|---|---|
| [✓] Pre-trial<br>[ ] During trial<br>[ ] After trial | [ ] Default judgment<br>[ ] Dismissal/FRCP 12(b)(1)<br>   lack of subject matter juris.<br>[ ] Dismissal/FRCP 12(b)(6)<br>   failure to state a claim<br>[ ] Dismissal/28 U.S.C. § 1915(e)(2)<br>   frivolous complaint<br>[ ] Dismissal/28 U.S.C. § 1915(e)(2)<br>   other dismissal<br>[ ] Dismissal/other jurisdiction<br>[ ] Dismissal/merit<br>[ ] Judgment / Decision of the Court<br>[✓] Summary judgment<br>[ ] Declaratory judgment<br>[ ] Jury verdict<br>[ ] Judgment NOV<br>[ ] Directed verdict<br>[ ] Other (specify): | [ ] Damages:<br>  [ ] Sought: $ _____<br>  [ ] Granted: $ _____<br>  [ ] Denied: $ _____<br><br>[✓] Injunctions:<br>  [ ] Preliminary<br>  [ ] Permanent<br>  [✓] Denied |

**PART C: NATURE OF SUIT** (Check as many as apply)

| 1. Federal Statutes | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|
| [ ] Antitrust<br>[ ] Bankruptcy<br>[ ] Banks/Banking<br>[✓] Civil Rights<br>[ ] Commerce<br>[ ] Energy<br>[ ] Commodities<br>[ ] Other (specify): _____<br>[ ] Communications<br>[ ] Consumer Protection<br>[ ] Copyright ☐ Patent<br>[ ] Trademark<br>[ ] Election<br>[ ] Soc. Security<br>[ ] Environmental<br>[ ] Freedom of Information Act<br>[ ] Immigration<br>[ ] Labor<br>[ ] OSHA<br>[ ] Securities<br>[ ] Tax | [ ] Admiralty/<br>  Maritime<br>[ ] Assault /<br>  Defamation<br>[ ] FELA<br>[ ] Products Liability<br>[ ] Other (Specify): | [ ] Admiralty/<br>  Maritime<br>[ ] Arbitration<br>[ ] Commercial<br>[ ] Employment<br>[ ] Insurance<br>[ ] Negotiable<br>  Instruments<br>[ ] Other Specify | [ ] Civil Rights<br>[ ] Habeas Corpus<br>[ ] Mandamus<br>[ ] Parole<br>[ ] Vacate Sentence<br>[ ] Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| [ ] Hague Int'l Child Custody Conv.<br>[ ] Forfeiture/Penalty<br>[ ] Real Property<br>[ ] Treaty (specify): _____<br>[ ] Other (specify): _____ | [ ] Arbitration<br>[ ] Attorney Disqualification<br>[ ] Class Action<br>[ ] Counsel Fees<br>[ ] Shareholder Derivative<br>[ ] Transfer | [✓] Yes  [ ] No<br><br>Will appeal raise a matter of first impression?<br>[✓] Yes  [ ] No |

1. Is any matter relative to this appeal still pending below? [✓] Yes, specify: <u>Claim regarding the public transportation ban is pending</u>   [ ] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

  (A) Arises from substantially the same case or controversy as this appeal?   [ ] Yes  [✓] No

  (B) Involves an issue that is substantially similar or related to an issue in this appeal?   [✓] Yes  [ ] No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name:<br>Antonyuk v. Hochul | Docket No.<br>1:22-cv-986 | Citation:<br>120 F.4th 941 (most recent) | Court or Agency:<br>N.D.N.Y. |
|---|---|---|---|

Name of Appellant: Brett Christian, Firearms Policy Coalition, Second Amendment Foundation

| Date: 02/28/2025 | Signature of Counsel of Record: /s/ David H. Thompson |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

     **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

**Attorneys for Appellants**

David H. Thompson    Cooper & Kirk, PLLC, 1523 New Hampshire Ave., NW, Washington, DC 20036; Tel: 202-220-9600; Fax: 202-220-9601; dthompson@cooperkirk.com

**Attorneys for Appellees**

Sarah Coco    New York State Office of the Attorney General, 28 Liberty Street, New York, NY 10005, Tel: 212-416-6312, sarah.coco@ag.ny.gov

Kenneth R. Kirby    Erie County Department of Law, 95 Franklin Street, #1634, Buffalo, NY 14202; Tel: 716-858-2226; kenneth.kirby@erie.gov

<u>Addendum A</u>

**Description of the Nature of the Action:**

This case challenges the constitutionality of several provisions of New York's "Concealed Carry Improvement Act." This appeal centers on just one of those challenges: Plaintiffs' New York's ban on carrying firearms in public parks, codified at New York Penal Law §§ 265.01-e(1) and (2)(d) ("Park Ban").

Plaintiffs-Appellants in this case include Brett Christian, a law-abiding citizen licensed to carry in New York, who, prior to the enactment of the Park Ban, carried at locations affected by the Park Ban, including local parks and hiking trails, and who would, if not for his fear of prosecution under the Park Ban, carry in those places again for self-defense. He is joined by Firearms Policy Coalition and Second Amendment Foundation, two membership organizations that seek to promote and defend the Second Amendment rights of their members, including Plaintiff Christian.

Plaintiffs-Appellants filed this case in the Western District of New York against the Superintendent of the New York State Police and the District Attorney of Erie County, claiming that the Defendants' enforcement of the Park Ban infringes their rights under the Second and Fourteenth Amendments to the United States Constitution. The district court granted plaintiffs' motion for a preliminary injunction enjoining enforcement of the Park Ban, and the Second Circuit reversed. *See Antonyuk v. Chiumento*, 89 F.4th 271, 356 (2d Cir. 2023). On remand, plaintiffs and the State cross-moved for summary judgment.

**The Result Below:**

The district court granted the State's motion for summary judgment and denied plaintiffs' motion.

**Notice of Appeal, Lower Court Docket Sheet, and Relevant Opinions:**

A copy of the notice of appeal is attached as Exhibit A.

A copy of the district court docket sheet is attached as Exhibit B.

A copy of the district court's Decision and Order, entered January 8, 2025, is attached as Exhibit C.

A copy of the district court's Interim Judgment, entered January 29, 2025, is attached as Exhibit D.

## <u>Addendum B</u>

**Issues Raised on Appeal:**

Whether the Second Amendment permits New York to ban law-abiding, adult citizens who are otherwise qualified to carry firearms in public for self-defense from doing so in public parks.

**Standard of Review:**

This Court reviews a district court's ruling on cross-motions for summary judgment de novo, construing the evidence in the light most favorable to the non-moving party. *Ackerson v. City of White plains*, 702 F.3d 15, 19 n.1 (2d Cir. 2012).

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, *et al.*,

         *Plaintiffs,*

  v.

DOMINICK L. CHIUMENTO, *et al.*,

         *Defendants.*

No. 1:22-cv-00695-JLS

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiffs Brett Christian, Firearms Policy Coalition, and Second Amendment Foundation, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered in this matter on January 29, 2025, Doc. No. 109. The appeal is from each and every aspect of that order.

Dated: February 14, 2025

                                       Respectfully submitted,

*/s/ Nicolas J. Rotsko*
Nicolas J. Rotsko
FLUET
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234 x 210
(703) 590-0366 (fax)
nrotsko@fluet.law

David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Attorneys for Plaintiffs*

cc: All counsel of record (via CM/ECF)

# EXHIBIT B

Query    Reports    Utilities    Help    Log Out

APPEAL,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00695-JLS

Christian, et al., v. James, et al.                          Date Filed: 09/13/2022
Assigned to: Hon. John L. Sinatra, Jr.                      Jury Demand: Defendant
Related Case: 1:22-cv-00771-JLS                            Nature of Suit: 950 Constitutional - State
Cause: 42:1983 Civil Rights Act                            Statute
                                                            Jurisdiction: Federal Question

**Plaintiff**

**John Boron**                        represented by    **David H. Thompson**
*TERMINATED: 09/29/2022*                                Cooper & Kirk, PLLC
                                                        1523 New Hampshire Avenue, NW
                                                        Washington, DC 20036
                                                        202-220-9659
                                                        Fax: 202-220-9601
                                                        Email: dthompson@cooperkirk.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nicolas J. Rotsko**
                                                        Fluet
                                                        1751 Pinnacle Drive
                                                        Suite 1000
                                                        Tysons, VA 22102
                                                        703-590-1234
                                                        Fax: 703-590-0366
                                                        Email: nrotsko@fluet.law
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter A Patterson**
                                                        Cooper & Kirk, PLLC
                                                        1523 New Hampshire Avenue, NW
                                                        Washington, DC 20036
                                                        202-220-9670
                                                        Fax: 202-220-9601
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John W. Tienken**

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9643
Email: jtienken@gibsondunn.com
*TERMINATED: 07/10/2023*
*PRO HAC VICE*

**Plaintiff**

**Brett Christian**                     represented by     **David H. Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
Email: ppatterson@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William V. Bergstrom**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9622
Fax: 202-220-9601
Email: wbergstrom@cooperkirk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Tienken**
(See above for address)
*TERMINATED: 07/10/2023*

*PRO HAC VICE*

**Plaintiff**

**Firearms Policy Coalition, Inc.**          represented by   **David H. Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William V. Bergstrom**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Tienken**
(See above for address)
*TERMINATED: 07/10/2023*
*PRO HAC VICE*

**Plaintiff**

**Second Amendment Foundation**          represented by   **David H. Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicolas J. Rotsko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William V. Bergstrom**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Tienken**
(See above for address)
*TERMINATED: 07/10/2023*
*PRO HAC VICE*

V.

**Defendant**

**Steven G. James**                                     represented by **James M. Thompson**
*in his official capacity as Superintendent of*         Office of the New York Attorney General
*the New York State Police*                             NYC
                                                        28 Liberty Street
                                                        14th Floor
                                                        New York, NY 10005
                                                        212-416-6556
                                                        Email: james.thompson@ag.ny.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryan Lane Belka**
                                                        NYS Attorney General's Office
                                                        Main Place Tower
                                                        Suite 300A
                                                        350 Main Street
                                                        Buffalo, NY 14202
                                                        716.853.8440
                                                        Fax: 716.853.8571
                                                        Email: Ryan.Belka@ag.ny.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael J. Keane**
*in his official capacity as District Attorney*
*for the County of Erie, New York*

represented by **Kenneth R. Kirby**
County of Erie
Department of Law
95 Franklin Street,
Suite 1634
Buffalo, NY 14202
716-858-2226
Fax: 716-858-2281
Email: kenneth.kirby@erie.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morgann Obrochta**
Erie County Department of Law
95 Franklin Street
16th Floor
Buffalo, NY 14202
716-858-2203
Email: morgann.obrochta@erie.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Everytown for Gun Safety**

represented by **William James Taylor , Jr.**
Everytown Law
450 Lexington Ave.
P.O. Box 4184
New York, NY 10163
646-324-8215
Email: wtaylor@everytown.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2022 | 1 | COMPLAINT against All Defendants $ 402 receipt number ANYWDC-4673461, filed by SECOND AMENDMENT FOUNDATION, John Boron, FIREARMS POLICY COALITION, INC., Brett Christian. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet)(Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | 2 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | 3 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | | Case Assigned to Hon. William M. Skretny. Notification to Chambers of on-line civil case opening. (TMK) (Entered: 09/13/2022) |
| 09/13/2022 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(TMK) (Entered: 09/13/2022) |

| 09/13/2022 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (TMK) (Entered: 09/13/2022) |
|---|---|---|
| 09/13/2022 | 4 | Summons Issued as to Kevin P. Bruen, John J. Flynn. (TMK) (Entered: 09/13/2022) |
| 09/15/2022 | 5 | TEXT ORDER -- IT HEREBY IS ORDERED, that the Clerk of Court TRANSFER this case to the Honorable John L. Sinatra, Jr., United States District Judge, as a related case to 22-CV-541-JLS, over which he presides. SO ORDERED. Issued by William M. Skretny, United States District Judge on 9/15/2022. (JCM)<br><br>Clerk to Follow up (Entered: 09/15/2022) |
| 09/15/2022 | | Case Reassigned to Hon. John L. Sinatra, Jr. Hon. William M. Skretny no longer assigned to the case. (TMK) (Entered: 09/15/2022) |
| 09/15/2022 | 6 | NOTICE: All parties are expected to comply with Judge Sinatra's individual requirements set forth in the "Judges' Info" section of the Court's website. Business organization parties should pay particular attention to the tab relating to such parties. (KLH) (Entered: 09/15/2022) |
| 09/16/2022 | 7 | MOTION to appear pro hac vice *Peter A. Patterson* ( Filing fee $ 200 receipt number ANYWDC-4676445.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of Peter A. Patterson, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 8 | MOTION to appear pro hac vice *David H. Thompson* ( Filing fee $ 200 receipt number ANYWDC-4676465.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of David H. Thompson, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 9 | MOTION to appear pro hac vice *John W. Tienken* ( Filing fee $ 200 receipt number ANYWDC-4676475.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of John W. Tienken, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 10 | AFFIDAVIT of Service for Summons & Complaint served on John J. Flynn on 09/16/2022, filed by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/19/2022 | | ATTENTION CORPORATION PLAINTIFFS/DEFENDANTS: Pursuant to Fed. R. Civ. P.7.1(b) and/or General Order No. 157 In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Corporate Disclosure Statements are to be filed within seven (7) days of this notice. (KM) (Entered: 09/19/2022) |
| 09/19/2022 | 11 | TEXT ORDER granting 7 MOTION to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM) |

| | | |
|---|---|---|
| | | Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 12 | TEXT ORDER granting 8 Motion to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM)<br><br>Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 13 | TEXT ORDER granting 9 Motion to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM)<br><br>Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 14 | AFFIDAVIT of Service for Summons and Complaint served on Kevin P. Bruen on 9/16/2022, filed by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/19/2022) |
| 09/20/2022 | 15 | Corporate Disclosure Statement by Firearms Policy Coalition, Inc.. (Rotsko, Nicolas) (Entered: 09/20/2022) |
| 09/20/2022 | 16 | Corporate Disclosure Statement by Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/20/2022) |
| 09/28/2022 | 17 | NOTICE of Voluntary Dismissal by John Boron (Thompson, David) (Entered: 09/28/2022) |
| 09/28/2022 | 18 | MOTION to Amend/Correct *Case Caption and Short Title* by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Text of Proposed Order)(Thompson, David) (Entered: 09/28/2022) |
| 09/28/2022 | 19 | MOTION for Preliminary Injunction by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Local Rule 65 Witness List, # 3 Exhibit B - Complaint, # 4 Exhibit C - Declaration of Brett Christian, # 5 Exhibit D - Declaration of Brandon Combs, # 6 Exhibit E - Declaration of Alan Gottlieb, # 7 Exhibit F - Stickley v. City of Winchester, CL21-206 (Va Cir. Ct. Sept. 27, 2022), # 8 Text of Proposed Order) (Thompson, David) (Entered: 09/28/2022) |
| 09/29/2022 | 20 | TEXT ORDER re 19 Motion for Preliminary Injunction. The parties are ordered to appear for a status conference on October 3, 2022, at 3:30 PM for scheduling purposes. Plaintiffs are ordered to serve their motion papers and this Text Order upon Defendants in accordance with the applicable rule(s) of service such that Defendants are on notice by September 30, 2022. Plaintiffs are to file proof of service by October 3, 2022, at 12:00 PM. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/29/2022. (KLH) (Entered: 09/29/2022) |
| 09/29/2022 | 21 | TEXT ORDER granting 18 Motion Amend/Correct Case Caption and Short Title. The Clerk is directed to amend the caption in this action to be as follows: BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, Plaintiffs, v. KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police, JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, New York, Defendants. The Clerk is further directed to amend the short title in this action to be as follows: Christian, et al., v. Bruen, et al. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on |

| | | 9/29/2022. (KLH) (Entered: 09/29/2022) |
|---|---|---|
| 09/29/2022 | 22 | NOTICE of Appearance by Kenneth R. Kirby on behalf of John J. Flynn (Kirby, Kenneth) (Entered: 09/29/2022) |
| 09/29/2022 | 23 | ANSWER to 1 Complaint, *with Jury Demand* by John J. Flynn.(Kirby, Kenneth) (Entered: 09/29/2022) |
| 09/30/2022 | 24 | CERTIFICATE OF SERVICE by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation *re: Status Conference Text Order and motion papers* (Rotsko, Nicolas) (Entered: 09/30/2022) |
| 10/03/2022 | 25 | NOTICE of Appearance by Ryan Lane Belka on behalf of Kevin P. Bruen (Belka, Ryan) (Entered: 10/03/2022) |
| 10/03/2022 | 26 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 10/3/2022 re 19 Plaintiffs' Motion for Preliminary Injunction. Court sets briefing schedule. Defendants' opposition papers due 11/4/2022. Plaintiffs' reply due 11/18/2022. Parties to appear for argument on 11/22/2022 at 2:00 PM. Defendant Bruen's deadline to file an answer or motion to dismiss is extended to 11/4/2022.<br><br>Appearances. For plaintiffs: Nicolas Rotsko. For defendant Flynn: Kenneth Kirby. For defendant Bruen: Ryan Belka. (Court Reporter Bonnie Weber) (KLH) (Entered: 10/03/2022) |
| 10/07/2022 | 27 | PLAINTIFFS' STATUS REPORT re the TRO issued in *Antonyuk v. Hochul* (NDNY). (Attachments: # 1 Exhibit) (KLH) (Entered: 10/07/2022) |
| 10/18/2022 | 28 | RESPONSE to Motion re 19 MOTION for Preliminary Injunction *Affidavit in Response to Plaintiffs' Motion for a Preliminary Injunction/Temporary Restraining Order* filed by John J. Flynn. (Kirby, Kenneth) (Entered: 10/18/2022) |
| 10/29/2022 | 29 | TEXT ORDER granting 43 motion for leave to file amicus brief. Everytown for Gun Safety may file its proposed brief (Dkt. 45-1) by 10:00 am on Monday, October 31, 2022, but may not present evidence or participate in oral arguments or any hearing. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/29/2022. (Entered: 10/29/2022) |
| 10/29/2022 | 30 | TEXT ORDER vacating the Text Order issued at Dkt. 29. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/29/22. (MEM) (Entered: 10/29/2022) |
| 11/01/2022 | 31 | MOTION for Leave to File Excess Pages by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq.)(Belka, Ryan) (Entered: 11/01/2022) |
| 11/02/2022 | 32 | TEXT ORDER granting 31 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/2/22. (MEM) (Entered: 11/02/2022) |
| 11/04/2022 | 33 | MEMORANDUM in Opposition re 19 MOTION for Preliminary Injunction filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq., # 2 Exhibit (s) 1-11 re Private Property, # 3 Exhibit (s) 12-45 re Parks, # 4 Exhibit (s) 46-64 re Parks)(Belka, Ryan) (Entered: 11/04/2022) |
| 11/04/2022 | 34 | CONTINUATION OF EXHIBITS to 33 Memorandum in Opposition to Motion, *Exhibit 65 re Parks*. (Belka, Ryan) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 35 | CONTINUATION OF EXHIBITS to 33 Memorandum in Opposition to Motion, *Exhibits 66-78 re Parks.* (Attachments: # 1 Exhibit (s) re Public Transportation, # 2 Declaration of Dr. Brennan Rivas, PhD with Exhibits A-B, # 3 Declaration of David J. State, Esq.)(Belka, Ryan) (Entered: 11/04/2022) |
| 11/04/2022 | 36 | NOTICE of Appearance by James M. Thompson on behalf of Steven A. Nigrelli (Thompson, James) (Entered: 11/04/2022) |
| 11/07/2022 | 37 | TEXT ORDER: The parties shall appear for a status conference on 11/10/2022 at 1:30 PM regarding the preliminary injunction hearing. Parties may appear in person or by telephone for the status conference. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/7/2022. (KLH) (Entered: 11/07/2022) |
| 11/09/2022 | 38 | MOTION for Leave to File Excess Pages by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration in Support of Motion for Leave to File Excess Pages)(Rotsko, Nicolas) (Entered: 11/09/2022) |
| 11/10/2022 | 39 | TEXT ORDER granting 38 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/10/22. (MEM) (Entered: 11/10/2022) |
| 11/10/2022 | 40 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 11/10/2022 re the preliminary injunction hearing. Parties advise the Court that a deposition of Mr. Christian is scheduled and, as such, live testimony at the preliminary injunction hearing is not needed. Plaintiffs' reply memorandum is forthcoming. Mr. Belka to notify the court if sur-reply is needed.<br><br>Appearances. For plaintiffs: Nicolas Rotsko and John Tienken (by teleconference). For defendant Nigrelli: Ryan Belka and James Thompson (by teleconference). For defendant Flynn: Kenneth Kirby (by teleconference). (Court Reporter Bonnie Weber) (KLH) (Entered: 11/10/2022) |
| 11/11/2022 | 41 | MOTION for Leave to File *Amicus Brief* by Everytown for Gun Safety.(Taylor, William) (Entered: 11/11/2022) |
| 11/11/2022 | 42 | MEMORANDUM IN SUPPORT re 41 MOTION for Leave to File *Amicus Brief* byEverytown for Gun Safety. (Taylor, William) (Entered: 11/11/2022) |
| 11/11/2022 | 43 | DECLARATION signed by William J. Taylor, Jr. re 41 MOTION for Leave to File *Amicus Brief* filed by Everytown for Gun Safety . (Attachments: # 1 Exhibit A -- Proposed Amicus Brief)(Taylor, William) (Entered: 11/11/2022) |
| 11/12/2022 | 44 | TEXT ORDER granting 41 MOTION for Leave to File Amicus Brief. Everytown for Gun Safety may file its proposed brief (Dkt. 43-1) by Monday, November 14, 2022, but may not present evidence or participate in oral arguments or any hearing. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/12/22. (Entered: 11/12/2022) |
| 11/12/2022 | 45 | MEMORANDUM/BRIEF *of Amicus Curiae* by Everytown for Gun Safety. (Taylor, William) (Entered: 11/12/2022) |
| 11/18/2022 | 46 | REPLY to Response to Motion re 19 MOTION for Preliminary Injunction filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration of Exhibits in Support of Reply, # 2 Exhibit 1 - 5, # 3 Exhibit 6 - 10, # 4 Exhibit 11 - 15, # 5 Exhibit 16 - 20, # 6 Exhibit 21 - 25, # 7 Exhibit |

| | | 26 - 30)(Thompson, David) (Entered: 11/18/2022) |
|---|---|---|
| 11/21/2022 | 47 | REPLY/RESPONSE to re 46 Reply to Response to Motion, 19 MOTION for Preliminary Injunction filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq. with Exhibit 1 (Transcript of the Deposition of Brett Christian dated November 16, 2022))(Belka, Ryan) (Entered: 11/21/2022) |
| 11/22/2022 | 48 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral Argument held on 11/22/2022 re Plaintiffs' 19 motion for preliminary injunction. Court requests supplemental briefing from the parties specific to irreparable harm as to public parks and transportation. Submissions due 12/2/2022. Court reserves decision on that part of the motion. Written decision on the remaining parts of motion to follow.<br><br>Appearances. For plaintiffs: John Tienken, Pete Patterson, and Nicolas Rotsko. For defendant Nigrelli: Ryan Belka. For defendant Flynn: Kenneth Kirby. (Court Reporter Bonnie Weber)(KLH) (Entered: 11/22/2022) |
| 11/22/2022 | 49 | DECISION AND ORDER granting Plaintiffs' motion for a preliminary injunction: Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this preliminary injunction, are enjoined, effective immediately, from enforcing all of N.Y. Pen. L. § 265.01-d with respect to private property open to the public, and their regulations, policies, and practices implementing it; this preliminary injunction shall remain in effect pending disposition of the case on the merits; and no bond shall be required. The portions of Plaintiffs' motion addressing public parks and public transportation will be addressed in a subsequent decision. Signed by Hon. John L. Sinatra, Jr. on 11/22/2022.<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference. (KLH) (Entered: 11/22/2022) |
| 11/23/2022 | 50 | NOTICE OF APPEAL as to 49 Order,,, by Steven A. Nigrelli. Filing fee $ 505, receipt number ANYWDC-4731684. (Belka, Ryan) (Entered: 11/23/2022) |
| 11/23/2022 | 51 | DESIGNATION of Record on Appeal by Steven A. Nigrelli re 50 Notice of Appeal CLERK TO FOLLOW UP (Belka, Ryan) (Entered: 11/23/2022) |
| 11/23/2022 | 52 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals re 51 DESIGNATION of Record on Appeal. (CGJ) (Entered: 11/23/2022) |
| 12/02/2022 | 53 | MEMORANDUM in Support re 19 MOTION for Preliminary Injunction *Supplemental Brief* filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Thompson, David) (Entered: 12/02/2022) |
| 12/02/2022 | 54 | MEMORANDUM in Opposition re 19 MOTION for Preliminary Injunction *Supplemental Brief* filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq. with Exhibit A)(Belka, Ryan) (Entered: 12/02/2022) |
| 12/09/2022 | 55 | Letter filed by Steven A. Nigrelli as to John J. Flynn, Steven A. Nigrelli *on consent, requesting an extension of the Answer deadline*. (Belka, Ryan) (Entered: 12/09/2022) |
| 12/09/2022 | 56 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 22, 2022, before Judge the Honorable John L. Sinatra, Jr., Court Reporter/ Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/ Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 1/3/2023. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/9/2023. (BSW) (Entered: 12/09/2022) |
| 12/12/2022 | 57 | TEXT ORDER. The request set forth in the 55 Letter filed by Steven A. Nigrelli is granted. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 12/12/2022) |
| 12/14/2022 | 58 | ORDER of USCA as to 50 Notice of Appeal filed by Steven A. Nigrelli; ORDERED that the motion for a stay pending appeal is GRANTED and the district court's November 22 order is STAYED pending the resolution of this appeal. (SG) (Entered: 12/14/2022) |
| 12/14/2022 | | NOTICE OF HEARING: Status Conference set for 12/19/2022 at 2:30 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. Parties may appear in person or contact chambers for teleconference accommodations. (KLH) (Entered: 12/14/2022) |
| 12/14/2022 | | RESCHEDULING NOTICE (TIME CHANGE ONLY): Status Conference RESCHEDULED for 12/19/2022 at 3:00 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. Parties may appear in person or contact chambers for teleconference accommodations. (KLH) (Entered: 12/14/2022) |
| 12/19/2022 | 59 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status conference held on 12/19/2022. Court hears the parties' positions as to the remaining portions of Plaintiffs' motion for a preliminary injunction, in light of the 2nd Circuit's stays of preliminary injunctions, and the propriety of a stay of remaining portions of the motion.<br><br>Appearances (partially by teleconference). For plaintiffs: John Tienken and Nicolas Rotsko. For defendant Nigrelli: Ryan Belka and James Thompson. For defendant Flynn: Kenneth Kirby. (Court Reporter Bonnie Weber) (KLH) (Entered: 12/19/2022) |
| 12/21/2022 | 60 | TEXT ORDER. The portions of Plaintiffs' Motion for Preliminary Injunction (Dkt. 19) addressing provisions of the Concealed Carry Improvement Act pertaining to public parks and public transportation remain outstanding before this Court. *See* Dkt. 49. In light of the handling of those provisions by Judge Suddaby in his November 7, 2022, Decision and Preliminary Injunction in *Antonyuk v. Hochul*, No. 22-CV-986, 2022 WL 16744700 (N.D.N.Y. Nov. 7, 2022), and the Second Circuit's stay thereof pending appeal entered on November 15, 2022, this Court hereby STAYS the resolution of those portions of Plaintiffs' Motion for Preliminary Injunction (Dkt. 19), in the interests of judicial economy, pending resolution of the appeal in *Antonyuk* as to these issues. *See McCracken v. Verisma Sys., Inc.*, No. 6:14-CV-06248, 2018 WL 4233703, at *2 (W.D.N.Y. Sept. 6, 2018) ("It is within the sound discretion of a district court to enter a stay pending the outcome of independent proceedings that are likely to affect a case on its calendar") (citations omitted). The parties shall file a status report every 60 days until this Court lifts the stay imposed herein. The first status report is due February 21, 2023.<br><br>*If the parties believe this Court's stay should be expanded to encompass all aspects of* |

| | | |
|---|---|---|
| | | this case (*except* this Court's Preliminary Injunction as to the private property provision, currently on appeal to the Second Circuit), the parties may submit letter motions on that issue.<br><br>SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/21/2022. (KLH) (Entered: 12/21/2022) |
| 02/21/2023 | 61 | STATUS REPORT by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 02/21/2023) |
| 04/21/2023 | 62 | STATUS REPORT *April 2023* by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 04/21/2023) |
| 06/26/2023 | 63 | STATUS REPORT by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 06/26/2023) |
| 07/08/2023 | 64 | NOTICE of Withdrawal of Attorney: John W. Tienken no longer appearing for Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation.<br><br>CLERK TO FOLLOW UP.<br><br>(Thompson, David) (Entered: 07/08/2023) |
| 08/22/2023 | 65 | STATUS REPORT by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 08/22/2023) |
| 10/12/2023 | 66 | NOTICE of Appearance by Morgann Obrochta on behalf of John J. Flynn (Obrochta, Morgann) (Entered: 10/12/2023) |
| 10/27/2023 | 67 | STATUS REPORT by Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 10/27/2023) |
| 12/19/2023 | 68 | STATUS REPORT *on behalf of all parties* by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 12/19/2023) |
| 12/20/2023 | 69 | TEXT ORDER re 68 Status Report. The request set forth in the 68 status report is granted. As such, the parties shall submit a joint status report by January 18, 2024. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/20/23. (MEM) (Entered: 12/20/2023) |
| 01/02/2024 | 70 | MANDATE of USCA as to 50 Notice of Appeal filed by Steven A. Nigrelli; ORDERED, ADJUDGED and DECREED that the preliminary injunction enjoining enforcement of § 265.01-d with respect to private property open to the public is AFFIRMED. (SG) (Entered: 01/02/2024) |
| 01/18/2024 | 71 | STATUS REPORT *JOINT* by Steven A. Nigrelli. (Belka, Ryan) (Entered: 01/18/2024) |
| 01/19/2024 | | NOTICE OF HEARING: Status Conference set for 1/25/2024 at 10:15 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. Parties may appear by teleconference. (KLH) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 72 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status conference held on 1/25/2024. State defendant seeks a stay on the public transportation provision, pending the Second Circuit's forthcoming decision in Frey v. Chiumento. Plaintiffs oppose the stay. Court grants the request to extend the stay, pending the Circuit's decision. Court sets briefing schedule for Plaintiffs' summary judgment motion. Motion due 3/1/2024. Defendants' responses and cross motions due 5/31/2024. Plaintiff's replies and responses to cross motions due 7/15/2024. Defendants' replies due 8/16/2024. Oral argument set for 9/12/2024 at 9:30 AM. <br><br> Appearances by teleconference. For plaintiffs: Nicolas Rotsko. For NY State Defendant: Ryan Belka (in person) and James Thompson. For Erie County defendant: Jeremy Toth. (Court Reporter Bonnie Weber) (KLH) Modified on 1/26/2024 to correct typo. (KLH) (Entered: 01/26/2024) |
| 03/01/2024 | 73 | MOTION for Summary Judgment by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment, # 2 Appendix of Historical Laws, # 3 Statement of Undisputed Facts, # 4 Appendix to L.R.56 Statement of Undisputed Material Facts) (Thompson, David) (Entered: 03/01/2024) |
| 05/29/2024 | 74 | MOTION for Leave to File Excess Pages *[Unopposed]* by Kevin P. Bruen. (Attachments: # 1 Declaration of Ryan L. Belka, Esq.)(Belka, Ryan) (Entered: 05/29/2024) |
| 05/29/2024 | 75 | AMENDED DOCUMENT by Kevin P. Bruen. Amendment to 74 MOTION for Leave to File Excess Pages *[Unopposed] Amended Declaration of Ryan L. Belka, Esq. [fix a typo]*. (Belka, Ryan) (Entered: 05/29/2024) |
| 05/30/2024 | 76 | TEXT ORDER. The request set forth at Dkt. 75 is GRANTED. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 5/30/24. (MEM) (Entered: 05/30/2024) |
| 05/31/2024 | 77 | MOTION for Summary Judgment *and in Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 73]* by Kevin P. Bruen. (Attachments: # 1 Memorandum in Support and in Opposition to Plaintiff's Motion for Summary Judgment, # 2 Statement of Undisputed Facts and Opposition to Plaintiff's Statement of Undisputed Facts, # 3 Declaration Dr. Terence Young, # 4 Declaration Inv. Joseph Barill, # 5 Declaration of Ryan L. Belka, Esq., # 6 Exhibit 1-10, # 7 Exhibit 11-20, # 8 Exhibit 21-30, # 9 Exhibit 31-40, # 10 Exhibit 41-50, # 11 Exhibit 51-60, # 12 Exhibit 61-65, # 13 Exhibit 66-70, # 14 Exhibit 71-80, # 15 Exhibit 81-90, # 16 Exhibit 91-100)(Belka, Ryan) (Entered: 05/31/2024) |
| 06/03/2024 | | E-Filing Notification: 77 MOTION for Summary Judgment to be refiled, filing party and electronically selected party do not match. (SG) (Entered: 06/03/2024) |
| 06/03/2024 | 78 | TEXT ORDER directing the Clerk of Court to amend the case caption and the short title of this action to reflect the substitution of Steven G. James as the Superintendent of the New York State Police, in place of the former Superintendent, Kevin P. Bruen. Issued by Hon. John L. Sinatra, Jr. on 6/3/2024. (KLH) (Entered: 06/03/2024) |
| 07/11/2024 | 79 | MOTION for Leave to File Excess Pages by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Exhibit Declaration in Support of Motion for Leave to File Excess Pages)(Patterson, Peter) (Entered: 07/11/2024) |

| 07/12/2024 | 80 | TEXT ORDER granting 79 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 7/12/24. (MEM) (Entered: 07/12/2024) |
| 07/15/2024 | 81 | MEMORANDUM in Opposition re 77 MOTION for Summary Judgment *and in Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 73] and Reply in Support of their Cross-Motion for Summary Judgment [D.E. 73]* filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Exhibit Supplemental Declaration of Brett Christian in Opposition to Defendants' Motion for Summary Judgment)(Thompson, David) (Entered: 07/15/2024) |
| 07/15/2024 | 82 | REPLY/RESPONSE to re 77 MOTION for Summary Judgment *and in Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 73] Opposing Statement of Material Facts* filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration of Peter A. Patterson, # 2 Exhibit 1 - U.S. Census Bureau QuickFacts Cheektowaga CDP, New York, # 3 Exhibit 2 - U.S. Census Bureau QuickFacts New York city, New York, # 4 Exhibit 3 - U.S. Census Bureau QuickFacts Buffalo city, New York, # 5 Exhibit 4 - Understanding Population Density, # 6 Exhibit 5 - Losson Road Map, # 7 Exhibit 6 - Losson Road Street View, # 8 Exhibit 7 - Como Park Blvd, # 9 Exhibit 8 - Como Park Blvd Street View, # 10 Exhibit 9 - Aerial View of Hiking Areas in Stiglmeier, # 11 Exhibit 10 - Town of Cheektowaga Website, # 12 Exhibit 11 - Cheektowaga Suburb of Buffalo, # 13 Exhibit 12 - Harris Hill Town and Park NY State, # 14 Exhibit 13 - Map of Harris Hill State Forest, # 15 Exhibit 14 - Urban Area Criteria for the 2020 Census, # 16 Exhibit 15 - Census Block Overlay Images, # 17 Exhibit 16 - Google Earth Images (parks at issue))(Thompson, David) (Entered: 07/15/2024) |
| 08/07/2024 | 83 | **DOCUMENT IS VACATED, SEE 87 USCA ORDER**ORDER of USCA recalling the Mandate and reinstating the appeal as to 50 Notice of Appeal filed by Steven G. James. (SG) Modified on 9/3/2024 (SG). (Entered: 08/07/2024) |
| 08/09/2024 | 84 | TEXT ORDER. By August 16, 2024, the parties shall submit a status report discussing what, if any, impact the 83 ORDER of USCA recalling the Mandate and reinstating the appeal has on the open issues in this case. The parties should specifically address whether and when supplemental briefing on the pending motions for summary judgment is necessary. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 08/09/2024) |
| 08/12/2024 | 85 | STATUS REPORT by Steven G. James. (Belka, Ryan) (Entered: 08/12/2024) |
| 08/16/2024 | 86 | REPLY to Response to Motion re 77 MOTION for Summary Judgment *and in Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 73]* filed by Steven G. James. (Thompson, James) (Entered: 08/16/2024) |
| 08/20/2024 | | Remark: Party Defendant John J. Flynn has been updated to reflect Michael J. Keane as the Erie County District Attorney. (KLH) (Entered: 08/20/2024) |
| 09/03/2024 | 87 | ORDER of USCA that the August 7, 2024 orders recalling the mandates and directing the parties to submit supplemental briefing is VACATED, and the mandate in each of the cases listed in this order is REINSTATED.(SG) (Entered: 09/03/2024) |
| 09/05/2024 | 88 | MOTION to appear pro hac vice *William V. Bergstrom* ( Filing fee $ 200 receipt number ANYWDC-5273302.) by Brett Christian, Firearms Policy Coalition, Inc., |

| | | |
|---|---|---|
| | | Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of William V. Bergstrom, # 3 Attorney's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/05/2024) |
| 09/05/2024 | 89 | MOTION for Waiver of Local Counsel Requirement by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration of Nicolas J. Rotsko)(Rotsko, Nicolas) (Entered: 09/05/2024) |
| 09/06/2024 | 90 | TEXT ORDER granting 88 Motion for Pro Hac Vice. Issued by Hon. John L. Sinatra, Jr. on 9/6/2024. (KLH)<br><br>Clerk to Follow up (Entered: 09/06/2024) |
| 09/06/2024 | 91 | TEXT ORDER granting 89 Motion for Waiver of Local Counsel Requirement. Issued by Hon. John L. Sinatra, Jr. on 9/6/2024. (KLH) (Entered: 09/06/2024) |
| 09/12/2024 | 92 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral Argument held on 9/12/2024 re the Plaintiffs' 73 summary judgment motion and Defendant James's 77 cross motion. Court directs parties to provide supplemental briefing regarding organizational plaintiffs. Letter submissions acceptable. Plaintiffs' supplement due 9/26/2024. Defendants' submission due 10/3/2024. Court's written decision on the motions to follow.<br><br>Appearances. For plaintiffs: William Bergstrom. For NY State Defendant: James Thompson and Ryan Belka. For Erie County defendant: Erin Molisani. (Court Reporter Bonnie Weber) (KLH) Modified on 9/25/2024 to correct the date of the proceeding. (KLH) (Entered: 09/12/2024) |
| 09/13/2024 | 93 | Letter filed by Steven G. James *enclosing historical statutes requested at oral argument*. (Attachments: # 1 Exhibit 1 - 1771 New Jersey Law, # 2 Exhibit 2 - 1790 Massachusetts Law)(Thompson, James) (Entered: 09/13/2024) |
| 09/25/2024 | | E-Filing Notification re 92 Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Entry modified on 9/25/2024 to correct the date of the proceeding to 9/12/2024 (incorrectly entered as 9/11/2024). (KLH) (Entered: 09/25/2024) |
| 09/26/2024 | 94 | Letter filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation *In Response to Minute Entry, Doc. 92*. (Thompson, David) (Entered: 09/26/2024) |
| 10/01/2024 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 12, 2024, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/ Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 10/22/2024. Redacted Transcript Deadline set for 11/1/2024. Release of Transcript Restriction set for 12/30/2024. (BSW) (Entered: 10/01/2024) |
| 10/03/2024 | 96 | USCA ORDER taxing costs, Judgment Index Record entered in favor of Firearms Policy Coalition, Inc., Second Amendment Foundation, Brett Christian against Michael J. Keane, Steven G. James. Signed by Catherine O'Hagan Wolfe, Clerk Second Circuit Court of Appeals on 10/2/24. (SG) (Entered: 10/03/2024) |

| | | |
|---|---|---|
| 10/03/2024 | 97 | Letter filed by Steven G. James *Pursuant to the Court's September 12, 2024 Order, ECF No. 92*. (Attachments: # 1 Exhibit A - Excerpt Containing General Sickles' Order Disregarding The Code)(Thompson, James) (Entered: 10/03/2024) |
| 10/10/2024 | 98 | PARTIAL SUMMARY JUDGMENT ORDER granting Plaintiff's 73 motion with respect to the State's restriction on private property open to the public; and denying Defendants' 77 motion as to this issue. Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference.<br><br>Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this Order are permanently enjoined, effectively immediately, from enforcing N.Y. Pen. L. § 265.01-d with respect to private property open to the public, and their regulations, policies, and practices implementing it;<br><br>The remaining aspects of the parties' motions at Dkt. 73 and Dkt. 77-including as to the public parks restriction (N.Y. Penal L. § 265.0le(2)(d))-are held in abeyance pending further order from this Court;<br><br>Defendants' request for a stay pending appeal is denied. Signed by Hon. John L. Sinatra, Jr. on 10/10/2024. (KLH) (Main Document 98 replaced/modified on 10/10/2024 to correct the filed date stamp on the first page.) (KLH) (Entered: 10/10/2024) |
| 10/24/2024 | 99 | NOTICE OF APPEAL as to 98 Order,,,, by Steven G. James. Filing fee $ 605, receipt number ANYWDC-5315295. (Thompson, James) (Entered: 10/24/2024) |
| 11/07/2024 | 100 | DESIGNATION of Record on Appeal by Steven G. James re 99 Notice of Appeal CLERK TO FOLLOW UP (Belka, Ryan) (Entered: 11/07/2024) |
| 11/07/2024 | 101 | CLERKS CERTIFICATE filed and electronically sent to Court of Appeals re 100 Designation of Record on Appeal/Index. (SG) (Entered: 11/07/2024) |
| 11/18/2024 | 102 | TEXT ORDER. By November 29, 2024, the parties shall file a status report discussing the impact of the Second Circuit's October 24, 2024 decision in *Antonyuk v. James*, Docket Nos. 22-2908(L), 22-2972(Con), on the open issues in this case. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 11/18/2024) |
| 11/18/2024 | 103 | Letter filed by Steven G. James *on behalf of all parties concerning the Antonyuk decision*. (Thompson, James) (Entered: 11/18/2024) |
| 11/20/2024 | 104 | TEXT ORDER. By November 27, 2024, the parties shall file a letter discussing whether this Court should await any potential certiorari petition in *Antonyuk* before addressing the cross motions on the parks issue. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 11/20/2024) |
| 11/27/2024 | 105 | Letter filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation *in Response to the Court's Text Order, ECF No. 104*. (Thompson, David) (Entered: 11/27/2024) |
| 01/08/2025 | 106 | ORDER denying the balance of Plaintiffs' 73 Motion for Summary Judgment (as to parks); granting Defendants' 77 Corresponding Cross-Motion for Summary Judgment. Within 14 days, the parties shall submit a status report addressing what, if anything, |

| | | remains in this case and what the next steps in this Court ought to be. Signed by Hon. John L. Sinatra, Jr. on 1/8/25. (SG) (Entered: 01/08/2025) |
|---|---|---|
| 01/22/2025 | 107 | Letter filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation *in Response to the Court's January 8, 2025 Order, ECF No. 106.*. (Rotsko, Nicolas) (Entered: 01/22/2025) |
| 01/29/2025 | 108 | TEXT ORDER re: 107 Letter. After reviewing the relevant record, the Court concludes that entry of judgment as to the parks claim is appropriate. *See* Fed. R. Civ. P. 54(b). First, Plaintiffs raise multiple claims against multiple parties. Second, the Court separately and finally determined Plaintiffs' claims with respect to the State's restrictions on private property open to the public, as well as in public parks, when it issued separate partial summary judgment orders as to those issues. *See* Dkt. 98 (as to private property open to the public); Dkt. 106 (as to public parks). Third, there is no just reason to delay entry of judgment now as to the parks claim, considering the amount of time this case has been pending and the likely amount of time it will take to finally resolve Plaintiffs' only remaining claim (as to public transportation). *See Linde v. Arab Bank, PLC*, 882 F.3d 314, 32223 (2d Cir. 2018) ("Rule 54(b) authorizes a district court to enter partial final judgment when three requirements have been satisfied: (1) there are multiple claims or parties, (2) at least one claim or the rights and liabilities of at least one party has been finally determined, and (3) the court makes an express determination that there is no just reason for delay of entry of final judgment as to fewer than all of the claims or parties involved in the action") (internal citation, alterations, and quotation marks omitted).<br><br>As such, **the Clerk of Court shall enter judgment in favor of Defendants as to the State's restriction in public parks (N.Y. Penal L. § 265.01-e(2)(d)).** In addition, the parties shall submit a status report by March 28, 2025. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 1/29/2025. (KLH)<br><br><span style="color:red">Clerk to Follow up</span> (Entered: 01/29/2025) |
| 01/29/2025 | 109 | INTERIM JUDGMENT in favor of Michael J. Keane, Steven G. James against Firearms Policy Coalition, Inc., Second Amendment Foundation, Brett Christian. Signed by Mary C. Loewenguth, Clerk of Court on 1/29/25. (SG) (Entered: 01/29/2025) |
| 02/14/2025 | 110 | NOTICE OF APPEAL as to 109 Judgment by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. Filing fee $ 605, receipt number ANYWDC-5406534. (Rotsko, Nicolas) (Entered: 02/14/2025) |
| 02/18/2025 | | Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov. (CGJ) (Entered: 02/18/2025) |
| 02/18/2025 | | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (CGJ) (Entered: 02/18/2025) |

# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

BRETT CHRISTIAN,
FIREARMS POLICY COALITION,
INC., and SECOND AMENDMENT
FOUNDATION,

        Plaintiffs,

    v.

STEVEN G. JAMES, in his official
capacity as Superintendent of the New
York State Police, and MICHAEL J.
KEANE, in his official capacity as
District Attorney for the County of Erie,
New York,

        Defendants.

22-CV-695 (JLS)

_____

### DECISION AND ORDER

    In this Court's prior decision addressing the parties' cross motions for

summary judgment (Dkt. 73, 77), the Court granted Plaintiffs' [73] motion with

respect to the State's restriction on private property open to the public and denied

Defendants' [77] motion as to this issue. *See* Dkt. 98 at 42.[1]  The Court reserved the

parks issue—the remainder of the cross motions—which the Court decides today.[2]

_____

[1] Unless otherwise noted, page references refer to the CM/ECF numbering in the
header of each page.

[2] *See id.* at 43 (". . . the remaining aspects of the parties' motions at Dkt. 73 and
Dkt. 77—including as to the public parks restriction (N.Y. Penal L. § 265.01-
e(2)(d))—are held in abeyance pending further order from this Court . . . .").

Based on the record and arguments in this case, the right to keep and bear arms enshrined in the Second Amendment would require this Court—as counseled by the Supreme Court's Second Amendment decisions—to declare the parks issue in Plaintiffs' favor.[3]

But the Court must also account—and does so respectfully—for the Second Circuit's extensive consideration of the parks issue—in the preliminary injunction posture and on a slightly different record—in *Antonyuk. See Antonyuk*, 120 F.4th at 1015-27. The Circuit's consideration of the parks issue in *Antonyuk*, instead, requires that Plaintiffs' motion be denied as to the parks issue and Defendants' corresponding cross motion be granted. The parties' competing arguments—on this record and in this posture—may proceed to that Court for its further examination.[4]

In *Antonyuk*, the Second Circuit rejected the plaintiffs' facial challenge on the parks issue, but recognized a potential distinction between urban and rural parks—

---

[3] *Cf. Christian v. Nigrelli*, 642 F. Supp. 3d 393 (W.D.N.Y. 2022), aff'd sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024); *Christian v. James*, No. 22-CV-695 (JLS), 2024 WL 4458385 (W.D.N.Y. Oct. 10, 2024); *Spencer v. Nigrelli*, 648 F. Supp. 3d 451 (W.D.N.Y. 2022), aff'd sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024); *Hardaway v. Nigrelli*, 639 F. Supp. 3d 422 (W.D.N.Y. 2022), aff'd in part, vacated in part, remanded sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024).

[4] As far as this Court is aware, at this time, no *Antonyuk* party has filed a petition for certiorari.

to be decided, presumably, on an as-applied challenge. *See id.* at 1019, 1025-26.
Plaintiffs here may press that distinction further on appeal.

This Court recognizes the apparent tension on this as-applied/facial point *vis
a vis* the Circuit's resolution of the Statute's private property provision—a result
perhaps dictated by the way the issue had been presented to that Court. *See id.* at
1045 n.120, 1048, 1048 n.124. That tension, too (if it exists), is best presented to the
Second Circuit for its resolution. As *Antonyuk* is written, however, this Court is
bound.

For all of these reasons, the balance of Plaintiffs' [73] summary judgment
motion (as to parks) is DENIED and Defendants' [77] corresponding cross motion is
GRANTED.

Within 14 days, the parties shall submit a status report addressing what, if
anything, remains in this case and what the next steps in this Court ought to be.


SO ORDERED.

Dated:      January 8, 2025
            Buffalo, New York

                                    _____
                                    JOHN L. SINATRA, JR.
                                    UNITED STATES DISTRICT JUDGE

# EXHIBIT D

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

BRETT CHRISTIAN,
FIREARMS POLICY COALITION, INC.
AND SECOND AMENDMENT FOUNDATION

**I N T E R I M**
**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 22-CV-695

       v.

STEVEN G. JAMES AND
MICHAEL J. KEANE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that judgment is entered in favor of the Defendants

as to the State's restriction in public parks (N.Y. Penal L. § 265.01-e(2)(d)).

Date: January 29, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk