# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand twenty-five.

Before:     Sarah A. L. Merriam,
               *Circuit Judge.*

_____

| | |
|---|---|
| Brett Christian, Firearms Policy Coalition, Second Amendment Foundation, | **ORDER** |
|       Plaintiffs - Appellants, | Docket No. 25-384 |
|   v. | |
| Steven G. James, Michael J. Keane, Acting District Attorney, | |
|       Defendants – Appellees. | |

_____

     Appellants move the Court to expedite this appeal by entering an abbreviated briefing schedule and schedule oral argument in June 2025. Appellants propose that the opening brief be due March 21, 2025; response briefs due May 2, 2025; the reply brief due May 16, 2025; and oral argument in June 2025. It is hereby ORDERED that the motion to expedite is GRANTED.

     It is further ORDERED that this matter shall be heard in tandem with *Christian v. James* (Docket No. 24-2847). That will necessitate delaying the oral argument in 24-2847 to a date in June, to allow briefing to be completed in this matter.

                                                            For the Court**:**
                                                            Catherine O'Hagan Wolfe,
                                                            Clerk of Court