NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. James     Docket No.: 25-384

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Morgann K. Obrochta, Esq.

Firm: Erie County Law Department

Address: 95 Franklin Street, Room 1634

Telephone: 716-858-2203     Fax: 716-858-2207

E-mail: Morgann.Obrochta@erie.gov

Appearance for: Michael J. Keane /Defendant-Appellee
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Kenneth R. Kirby / Erie County Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 28, 2023     OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Morgann Obrochta

Type or Print Name: Morgann Obrochta