UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-384

**Motion for:** Joint Motion to Dispense with Appendix

**Caption [use short title]**

Christian, et al. v. James, et al.

Set forth below precise, complete statement of relief sought:

dispense with the requirement of preparing a joint appendix in this case

**MOVING PARTY:** Plaintiffs-Appellants and Defendant-Appellee James    **OPPOSING PARTY:** N/A

☐ Plaintiff    ☐ Defendant
■ Appellant/Petitioner    ■ Appellee/Respondent

**MOVING ATTORNEY:** David H. Thompson & Sarah Coco    **OPPOSING ATTORNEY:** N/A

[name of attorney, with firm, address, phone number and e-mail]

Cooper & Kirk, PLLC, 1523 New Hampshire Ave. NW,    Office of the New York State Attorney General
Washington, DC 20036, (202) 220-9600    28 Liberty St., 23rd Floor, New York, NY 1005
dthompson@cooperkirk.com    212-416-6312, sarah.coco@ag.ny.gov

**Court- Judge/ Agency appealed from:** Western District of New York, Hon. John L. Sinatra

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes    ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
■ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ✓ No    ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes    ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes    ■ No  If yes, enter date:

**Signature of Moving Attorney:**
David H. Thompson  Digitally signed by David H. Thompson Date: 2025.03.14 15:09:22 -04'00'  **Date:** 03/14/25    Service : ■ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>   *Plaintiffs-Appellants,*<br><br> v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, MICHAEL J. KEANE, in his official capacity as District Attorney for the County of Erie,<br><br>   *Defendants-Appellees.* | Case No. 25-384 |

**JOINT MOTION TO DISPENSE WITH APPENDIX**

Plaintiffs-Appellants and Defendant-Appellee Steven G. James ("the Parties") respectfully move this Court to dispense with the requirement of preparing a joint appendix in this case. In support of this motion, the Parties state:

1. This appeal is related to *Christian v. James*, Second Circuit Docket No. 24-2847, which arose from the same set of cross-motions for summary judgment, in the same case, as this appeal.

2. Both this appeal and Case Number 24-2847 concern challenges to provisions of the Concealed Carry Improvement Act, passed by New York

1

on July 1, 2022. Ch. 371, 2022 McKinney's N.Y. Laws 1447 (eff. Sept. 1, 2022).

3. At issue in this appeal is the CCIA's prohibition on possessing "a firearm, rifle, or shotgun" in "public parks" (the "Parks Provision"). Penal Law § 265.01-e(2)(d). At issue in Case Number 24-2847 is the CCIA's prohibition on possessing a "firearm, rifle or shotgun" on private property unless the owner or lessee has posted "clear and conspicuous signage indicating that the carrying of firearms, rifles, or shotguns on their property is permitted or by otherwise giving express consent" (the "Private Property Provision"). Penal Law § 265.01-d(1).

4. This Court has ordered both of these appeals to be heard in tandem at oral argument in June 2025. *See* Motion Order, Doc. 20 (May 5, 2025)

5. The joint appendix in Case Number 24-2847 consists of six volumes containing over 1,700 pages. In addition to covering the issues concerning the Private Property Provision at issue in that appeal, the joint appendix in Case Number 24-2847 also covers the issues concerning the Parks Provision at issue in this appeal.

6. To facilitate judicial economy and eliminate confusion from referencing separate appendices in these closely related appeals, the Parties respectfully request that the requirement to compile a joint appendix be

waived and that the parties instead submit, if necessary, any additional record documents in Supplemental Appendices accompanying their briefs in this appeal.

7. Defendant-Appellant Michael J. Keane takes no position on this appeal and does not oppose this motion.

Therefore, the Parties respectfully request that this unopposed motion be granted.

Dated: March 14, 2025

Respectfully submitted,

/s/David H. Thompson
David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

Nicolas Rotsko
Fluet & Associates, PLLC
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
(703) 590-1234
nrotsko@fluet.law

*Counsel for Plaintiffs-Appellants*

/s/Sarah Coco
Sarah Coco
New York State Office of the Attorney General
28 Liberty Street
23rd Floor
New York, NY 10005
(212) 416-6312
sarah.coco@ag.ny.gov

*Counsel for Defendant-Appellee Steven G. James*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because this motion contains 348 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. 27(d)(1)(E), I further certify this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

Dated: March 14, 2025                                  Respectfully submitted,

/s/David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants*