# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand twenty-five.

Before:     Maria Araújo Kahn,
                *Circuit Judge.*

Brett Christian, Firearms Policy Coalition, Second Amendment Foundation,

    Plaintiffs - Appellants,

v.

Steven G. James, Michael J. Keane, Acting District Attorney,

    Defendants - Appellees,

Everytown for Gun Safety,

    Defendant.

**ORDER**

Docket No. 25-384

The parties jointly move for permission to dispense with the requirement to file a joint appendix in this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court