# 25-384

## United States Court of Appeals

*for the*

## Second Circuit

BRETT CHRISTIAN, FIREARMS POLICY COALITION,
SECOND AMENDMENT FOUNDATION,

*Plaintiffs-Appellants,*

JOHN BORON,

*Plaintiff,*

— v. —

STEVEN G. JAMES, MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY,

*Defendants-Appellees,*

EVERYTOWN FOR GUN SAFETY,

*Defendant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK,
No. 1:22-cv-00695 (Sinatra, Jr., J.)

## SUPPLEMENTAL APPENDIX

Nicolas J. Rotsko
FLUET & ASSOCIATES PLLC
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234
nrotsko@fluet.law

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com

*Attorneys for Plaintiffs-Appellants*

# TABLE OF CONTENTS

**Page**

Decision and Order, Doc. 106 (*Christian v. James* No. 22-CV-695
(W.D.N.Y. 2025)) (Jan. 8, 2025) ................................................ SA-1

Interim Judgment, Doc. 109 (*Christian v. James* No. 22-CV-695
(W.D.N.Y. 2025)) (Jan. 29, 2025) .............................................. SA-4

Notice of Appeal, Doc. 110 (*Christian v. James* No. 22-CV-695
(W.D.N.Y. 2025)) (Feb. 14, 2025) .............................................. SA-5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



———————————————————

BRETT CHRISTIAN,
FIREARMS POLICY COALITION,
INC., and SECOND AMENDMENT
FOUNDATION,

        Plaintiffs,                                    22-CV-695 (JLS)

    v.

STEVEN G. JAMES, in his official
capacity as Superintendent of the New
York State Police, and MICHAEL J.
KEANE, in his official capacity as
District Attorney for the County of Erie,
New York,

        Defendants.

———————————————————

## DECISION AND ORDER

In this Court's prior decision addressing the parties' cross motions for

summary judgment (Dkt. 73, 77), the Court granted Plaintiffs' [73] motion with

respect to the State's restriction on private property open to the public and denied

Defendants' [77] motion as to this issue.  *See* Dkt. 98 at 42.[1]  The Court reserved the

parks issue—the remainder of the cross motions—which the Court decides today.[2]

———————————————

[1] Unless otherwise noted, page references refer to the CM/ECF numbering in the
header of each page.

[2] *See id.* at 43 (". . . the remaining aspects of the parties' motions at Dkt. 73 and
Dkt. 77—including as to the public parks restriction (N.Y. Penal L. § 265.01-
e(2)(d))—are held in abeyance pending further order from this Court . . . .").

Based on the record and arguments in this case, the right to keep and bear arms enshrined in the Second Amendment would require this Court—as counseled by the Supreme Court's Second Amendment decisions—to declare the parks issue in Plaintiffs' favor.[3]

But the Court must also account—and does so respectfully—for the Second Circuit's extensive consideration of the parks issue—in the preliminary injunction posture and on a slightly different record—in *Antonyuk*. *See Antonyuk*, 120 F.4th at 1015-27. The Circuit's consideration of the parks issue in *Antonyuk*, instead, requires that Plaintiffs' motion be denied as to the parks issue and Defendants' corresponding cross motion be granted. The parties' competing arguments—on this record and in this posture—may proceed to that Court for its further examination.[4]

In *Antonyuk*, the Second Circuit rejected the plaintiffs' facial challenge on the parks issue, but recognized a potential distinction between urban and rural parks—

---

[3] *Cf. Christian v. Nigrelli*, 642 F. Supp. 3d 393 (W.D.N.Y. 2022), aff'd sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024); *Christian v. James*, No. 22-CV-695 (JLS), 2024 WL 4458385 (W.D.N.Y. Oct. 10, 2024); *Spencer v. Nigrelli*, 648 F. Supp. 3d 451 (W.D.N.Y. 2022), aff'd sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024); *Hardaway v. Nigrelli*, 639 F. Supp. 3d 422 (W.D.N.Y. 2022), aff'd in part, vacated in part, remanded sub nom. *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), cert. granted, judgment vacated sub nom. *Antonyuk v. James*, 144 S. Ct. 2709 (2024), and reinstated in part by *Antonyuk v. James*, 120 F.4th 941 (2d Cir. 2024).

[4] As far as this Court is aware, at this time, no *Antonyuk* party has filed a petition for certiorari.

to be decided, presumably, on an as-applied challenge. *See id.* at 1019, 1025-26. Plaintiffs here may press that distinction further on appeal.

This Court recognizes the apparent tension on this as-applied/facial point *vis a vis* the Circuit's resolution of the Statute's private property provision—a result perhaps dictated by the way the issue had been presented to that Court. *See id.* at 1045 n.120, 1048, 1048 n.124. That tension, too (if it exists), is best presented to the Second Circuit for its resolution. As *Antonyuk* is written, however, this Court is bound.

For all of these reasons, the balance of Plaintiffs' [73] summary judgment motion (as to parks) is DENIED and Defendants' [77] corresponding cross motion is GRANTED.

Within 14 days, the parties shall submit a status report addressing what, if anything, remains in this case and what the next steps in this Court ought to be.


SO ORDERED.

Dated:      January 8, 2025
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

BRETT CHRISTIAN,
FIREARMS POLICY COALITION, INC.
AND SECOND AMENDMENT FOUNDATION

**I N T E R I M**
**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 22-CV-695

v.

STEVEN G. JAMES AND
MICHAEL J. KEANE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The
issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that judgment is entered in favor of the Defendants

as to the State's restriction in public parks (N.Y. Penal L. § 265.01-e(2)(d)).

Date: January 29, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
     Deputy Clerk

SA-4

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRETT CHRISTIAN, *et al.*,<br><br>               *Plaintiffs*,<br><br>  v.<br><br>DOMINICK L. CHIUMENTO, *et al.*,<br><br>               *Defendants*. | No. 1:22-cv-00695-JLS |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiffs Brett Christian, Firearms Policy Coalition, and Second Amendment Foundation, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered in this matter on January 29, 2025, Doc. No. 109. The appeal is from each and every aspect of that order.

Dated: February 14, 2025                 Respectfully submitted,

*/s/ Nicolas J. Rotsko*
Nicolas J. Rotsko                     David H. Thompson
FLUET                            Peter A. Patterson
1751 Pinnacle Drive, Suite 1000     COOPER & KIRK, PLLC
Tysons, VA 22102               1523 New Hampshire Avenue, N.W.
(703) 590-1234 x 210          Washington, D.C. 20036
(703) 590-0366 (fax)           (202) 220-9600
nrotsko@fluet.law              (202) 220-9601 (fax)
                               dthompson@cooperkirk.com
                               ppatterson@cooperkirk.com

*Attorneys for Plaintiffs*

cc: All counsel of record (via CM/ECF)