## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. James                        Docket No.: 25-384

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: D. Brandon Trice

Firm: Kaplan Martin LLP

Address: 1133 Avenue of the Americas, STE 1500

Telephone: (202) 803-3532                    Fax:

E-mail: btrice@kaplanmartin.com

**Appearance for:** The Fresh Air Fund; Amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: STEVEN G. JAMES, MICHAEL J. KEANE; State Appellee )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: D. Brandon Trice