## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Christian v. James**  Docket No.: **25-384**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Janet Carter**

Firm: **Everytown Law**

Address: **450 Lexington Ave, P.O. Box 4184, New York, NY 10163**

Telephone: **(646) 324-8174**  Fax:

E-mail: **jcarter@everytown.org**

Appearance for: **Everytown for Gun Safety**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Defendants-Appellees** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 10, 2021**  OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Janet Carter**

Type or Print Name: **Janet Carter**