# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. James    Docket No.: 25-384

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michele C. Materni

Firm: Kaplan Martin LLP

Address: 1133 Avenue of the Americas, STE 1500

Telephone: (929) 343-7660    Fax:

E-mail: mmaterni@kaplanmartin.com

Appearance for: The Fresh Air Fund; Amicus
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: STEVEN G. JAMES, MICHAEL J. KEANE; State Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: Michele C. Materni