## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Christian v. James**  Docket No.: **25-384**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Yaseen Morshed**

Firm: **Kaplan Martin LLP**

Address: **1133 Avenue of the Americas, STE 1500**

Telephone: **(917) 951-4556**  Fax:

E-mail: **ymorshed@kaplanmartin.com**

Appearance for: **The Fresh Air Fund; Amicus**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **STEVEN G. JAMES, MICHAEL J. KEANE; State Appellee** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: */s/ Yaseen Morshed*

Type or Print Name: **Yaseen Morshed**